**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

| | |
|---|---|
| THOMPSONGAS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOHNNY MADDOX,<br><br>Defendant | Case No. 5:26-cv-00090-AGM-PRL<br><br>District Judge: Anne-Leigh Gaylord Moe<br><br>Magistrate Judge: Philip R. Lammens |

**ORDER FOR**
**INSPECTION OF CERTAIN ELECTRONIC DATA AND DEVICES**

This Order will establish a protocol for the inspection of certain electronic data and devices in this case as a supplement to the Federal Rules of Civil Procedure, the Court's Local Rules, and any other applicable Orders and Rules. Nothing in this Order is intended to alter or affect any party's rights or obligations under any Order by the Court, but shall be construed instead, wherever possible, as consistent with any Order by the Court.

Based upon the foregoing, and the records, files, and proceedings herein and the agreement of the parties, **IT IS HEREBY ORDERED** that:

1. Access to the iCloud® account associated with the ThompsonGas device and email account utilized by Maddox, which was transferred



HB: 4933-9941-1620.3

by Maddox to a non-ThompsonGas email account as set forth in Paragraph 62 of the Complaint, shall be provided to a mutually agreed upon independent forensic analyst for imaging and preservation.

2. The image of the iCloud® account shall be preserved by the independent forensic analyst for the pendency of the case and is subject to examination, analysis, and/or review through the discovery process pursuant to the protocol established herein.

3. All devices which have accessed, or been connected to, the iCloud® account since Maddox transferred the iCloud® account to a non-ThompsonGas email shall be delivered to an independent forensic analyst for imaging and preservation. After a device has been imaged and ThompsonGas has determined what, if any, ThompsonGas data and/or files contained thereon, the independent forensic analyst shall remove those ThompsonGas data and/or files and provide confirmation that no ThompsonGas data or files remain on the device. Immediately thereafter, the device shall be returned to Maddox.

4. The image of each device shall be preserved by the independent forensic analyst for the pendency of the case and is subject to examination, analysis, and/or review through the discovery process.

5. ThompsonGas and Maddox shall have access on an Attorneys' Eyes Only ("AEO") basis to the data and/or files contained in the image of the iCloud® account to review the data and/or files contained therein ("Initial Search"). During the Initial Search, the independent forensic analyst will provide counsel for ThompsonGas and Maddox with an index of files and data located on the image.

6. Prior to ThompsonGas having AEO access to the files contained in the image of the iCloud® account, Maddox's counsel shall be permitted to review the index of files and data and to access the image to identify and log data and/or files that are privileged or contain Maddox's medical, financial, or personal information. If there is a dispute over whether a data or file is privileged or contains Maddox's medical, financial, or personal information, the parties shall meet and confer pursuant to the Local Rules prior to seeking court intervention.

   a. These data and files shall be logged on a log which sets forth sufficient information to enable ThompsonGas to assess any claim of privilege or that certain data or files contain Maddox's medical, financial, or other personal information.

   b. If there is a dispute as to a particular data and/or file or category of data and/or file, in a proceeding before the court,

it shall be the burden of the party claiming to establish privilege applies or that data and/or files contain confidential medical/financial information which is not relevant to this action.

c. Following a final determination over a dispute as set forth in Paragraph 6(b), the parties shall confer with the independent forensic analyst to ensure privileged and personal data and/or files are not available for ThompsonGas's counsel's AEO review.

7. Upon the completion of the Initial Search, ThompsonGas will identify ThompsonGas information located within the iCloud® account which will then be preserved for ThompsonGas and permanently removed from the iCloud® account by the independent forensic analyst.

8. During the Initial Search and data removal process, neither ThompsonGas nor Maddox will have the ability to independently access the actual iCloud® account—they may only access the data and files contained in the iCloud® image. The iCloud® account shall only be accessed by the forensic analyst during the imaging and preservation process, Initial Search, and data removal process.

9. Following the completion of the Initial Search, data preservation, and removal process, Maddox will have access to the iCloud® account restored.

10. The data and/or files contained on the iCloud® account shall be treated as Confidential Information pursuant to an anticipated protective order in this case and shall not be disclosed to any non-party.

PHILIP R. LAMMENS
United States Magistrate Judge